**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
HARSHARAN SETHI,

              Plaintiff,                  **JUDGMENT**
                                    CV-11-6380 (SJF)(GRB)

    - against -

**FILED**
**CLERK**

6/5/2014 3:45 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

NASSAU COUNTY, NASSAU COUNTY
POLICE DEPARTMENT, NASSAU COUNTY
P.O. JEFF BIGGER, sued herein individually and
in his official capacity, P.O. EVISCERATE, sued
herein in his individual and official capacity, RVR
SECURITY GUARD RANDY LNU, RXR
MANAGEMENT COMPANY,

              Defendants.
---------------------------------------------------------------X

      An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been

filed on June 3, 2014, granting defendants' motion for summary judgment pursuant to Federal

Rule of civil Procedure 56, and directing the Clerk of the Court to enter judgment accordingly and

to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that defendants'

motion for summary judgment pursuant to Federal Rule of civil Procedure 56 is granted; and that

this case is hereby closed.

Dated:  Central Islip, New York
       June 5, 2014

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT

               By:    /s/ Catherine Vukovich
                     Deputy Clerk